# NOT DESIGNATED FOR PUBLICATION

**REHEARING ACTION: March 28, 2012**

**Docket Number: 12   00034-CA**

**JAMES NICHOLAS ARTERBURN
VERSUS
KAREN ANN ARTERBURN**

**Appealed from Lafayette Parish Case No. C-20076667**

**BEFORE JUDGES:**

> Hon. Ulysses Gene Thibodeaux
> Hon. Elizabeth A. Pickett
> Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by Bradford H. Felder on behalf of **Karen Ann Arterburn** has this

day been

> **DENIED.**

The application for rehearing filed by **Karen Ann Arterburn** (In Proper Person) has this

day been

> **DENIED.**

And, the motion and order to withdraw as counsel of record filed by Bradford H. Felder

has this day been

> **DENIED.**
> Gremillion, J., would grant motion to withdraw.

cc: Bradford Hyde Felder, Counsel for the Appellant
    Karen Ann Arterburn, In Proper Person
    Philip Collins Kobetz, Counsel for the Appellee

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**